# EXHIBIT A

COMPARISON of Product Packaging/Trade Dress of Incense Products distributed by
R- EXPO (USA) LTD., INC.          with          DESIGNS BY DEEKAY, CA.





Trade Dress of Incense distributed by R. EXPO (USA) LTD. INC.

UNAUTHORIZED COPIES OF Product Packaging