FILED
2017 Feb-08  PM 04:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

**EXHIBIT B**

COMPARISON of Product Packaging/Trade Dress of Incense Products distributed by
R-EXPO (USA) LTD., INC.     with     UNAUTHORIZED COPIES of Product Packaging



Trade Dress of Incense distributed by R. EXPO (USA) LTD. INC.



Mfrs. SHRINIVAS SUGANDHALAYA (BNG) LLP, 1/9, 8th Cross, Magadi Road, Bangaluru-560 023, INDIA

**UNAUTHORIZED COPIES of Product Packaging**