Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BALKRISHNA SETTY, *et al.*, <br><br> Plaintiff(s), <br><br> v. <br><br> SHRINIVAS SUGANDHALAYA LLP, *et al.*, <br><br> Defendant(s). | CASE NO. C17-1146 RAJ <br><br> ORDER REQUIRING UPDATED JOINT STATUS REPORT |

The Court directs the parties to submit a revised Joint Status Report no later than **JUNE 29, 2018**, setting forth the following information by corresponding paragraph numbers:

  1.   A proposed deadline for joining additional parties.

  2.   The parties have the right to consent to assignment of this case to a full time United States Magistrate Judge, pursuant to 28 U.S.C. §636(c) and Local Rule MJR 13, to conduct all proceedings. The Western District of Washington assigns a wide range of cases to Magistrate Judges. The Magistrate Judges of this district thus have significant experience in all types of civil matters filed in our court. The parties should indicate whether they agree that the Honorable Mary Alice Theiler may conduct all proceedings including trial and the entry of judgment. When responding to this question, the parties should only respond "yes" or "no." Individual party responses should not be provided. A "yes" response should be indicated only if all parties consent. Otherwise, a "no" response should be provided.

ORDER REQUIRING UPDATED
JOINT STATUS REPORT - 1

3. A discovery plan that states, by corresponding paragraph letters (A, B, etc.), the parties' views and proposals on all items set forth in Fed. R. Civ. P. 26(f)(3), which includes the following topics:

 (A) subjects, timing, and potential phasing of discovery;

 (B) electronically stored information;

 (C) privilege issues;

 (D) proposed limitations on discovery; and

 (E) the need for any discovery related orders.

4. The parties' views, proposals, and agreements, by corresponding paragraph letters (A, B, etc.) on all items set forth in Local Civil Rule 26(f)(1), which includes the following topics:

 (A) prompt case resolution;

 (B) alternative dispute resolution;

 (C) The existence of any related cases pending in this or other jurisdictions and a proposal for how to handle them;

 (D) phasing of motions;

5. The date by which discovery can be completed (**must be at least 120 days prior to the proposed trial date**).

6. The date the case will be ready for trial.

7. The number of trial days required.

8. The dates on which trial counsel may have complications to be considered in setting a trial date.

If the parties are unable to agree on any part of the Report, they may answer in separate paragraphs. No separate reports are to be filed.

///
///
///
///
///

ORDER REQUIRING UPDATED
JOINT STATUS REPORT - 2

## V. EARLY SETTLEMENT CONSIDERATION AND NOTIFICATION

If settlement is achieved, counsel shall immediately notify Victoria Ericksen, Courtroom Deputy, at victoria_ericksen@wawd.uscourts.gov.

The parties are responsible for complying with the terms of this Order. The Court may impose sanctions on any party who fails to comply fully with this Order.

DATED: June 22, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge