| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 5 2018 |
| | MOLLY C. DWYER, CLERK   U.S. COURT OF APPEALS |

BALKRISHNA SETTY, individually and as general partner in Shrinivas Sugandhalaya Partnership with Nagraj Setty and SHRINIVAS SUGANDHALAYA (BNG) LLP,

   Plaintiffs-Appellees,

 v.

SHRINIVAS SUGANDHALAYA LLP,

   Defendant-Appellant.

No. 18-35573

D.C. No. 2:17-cv-01146-RAJ
Western District of Washington, Seattle

ORDER

Before: Peter L. Shaw, Appellate Commissioner

 Appellees' motion (Docket Entry No. 7) to dismiss is denied.

 Appellant's opposed motion (Docket Entry No. 6) to stay appellate proceedings is denied.

 The opening brief is due within 30 days after the date of this order.

 The answering brief is due within 30 days after service of the opening brief.

 The optional reply brief is due within 21 days after service of the answering brief.

LBS 10-29-2018/Pro Mo