The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BALKRISHNA SETTY, individually and as general partner in Shrinivas Sugandhalaya Partnership with Nagraj Setty; and SHRINIVAS SUGANDHALAYA (BNG) LLP,<br><br>  Plaintiffs,<br><br>  -vs.-<br><br>SHRINIVAS SUGANDHALAYA LLP and R EXPO (USA) INC.,<br><br>  Defendants. | NO. 2:17-cv-01146-MLP<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO STAY PROCEEDINGS**<br><br>**NOTE ON MOTION CALENDAR" JANUARY 25, 2023** |
| R. EXPO (USA) LTD., INC.,<br><br>  Counter-Plaintiff,<br><br>  -vs.-<br><br>BALKRISHNA SETTY, individually and as general partner in Shrinivas Sugandhalaya Partnership with Nagraj Setty; and SHRINIVAS SUGANDHALAYA (BNG) LLP and DESIGNS BY DEE KAY, INC.,<br><br>  Counter-Defendants. | |

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

## I.   **STIPULATION AND MOTION**

COME NOW Balkrishna Setty, Shrinivas Sugandhalaya (BNG), LLP, Shrinivas Sugandhalaya LLP, R. Expo (USA) Ltd., Inc., and Designs by Deekay, Inc., and state and stipulate to the following, and move for an order in conformity with these stipulations:

1.     The Parties have reached a global settlement in principle that resolves all claims pending in this action as well as certain disputes pending in arbitration and/or in the courts of India.

2.     The Parties are currently finalizing the terms of a formal agreement that will memorialize this global settlement.

3.     Pursuant to the global settlement, the resolution of the claims in this action is dependent on one or more parties taking steps that may require several weeks to complete.

4.     The Parties, therefore, respectfully request that this Court stay all deadlines in this case for at least 60 days to allow the Parties to finalize the formal settlement agreement as well as for certain parties to take actions necessary for the resolution of the claims pending before the Court.

5.     The Parties anticipate that on or before the 60th day from the date of this filing, the Parties will jointly file a Stipulation of Dismissal With Prejudice, and without any award of costs or fees to any party. The Parties will notify the Court should they require additional time to finalize the terms of any settlement agreement covering the claims asserted in this case.

6.  Should the parties fail to file a request for additional time to finalize the settlement or fail to file a Stipulation of Dismissal within 60 days of the filing of this Motion, the Parties will file a Status Update with this Court with a proposed schedule for all pre-trial deadlines.

7.  The Parties agree that the stay of all deadlines will materially aid the Parties in finalizing the global settlement and that no party will be prejudiced by this stay.

SO STIPULATED AND MOVED this 25th day of January 2023.

By: *s/ Paul D. Swanson*
Paul D. Swanson, WSBA #13656

NOTICE OF SETTLEMENT IN PRINCIPLE AND
MOTION AND [PROPOSED ] ORDER TO STAY - 1
2:17-CV-01146-MLP

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

Email: swansonp@lanepowell.com
LANE POWELL PC
1420 5th Avenue, Suite 4200
Seattle, WA  98101-2375
*Attorney for Defendant and Cross-Plaintiff, R.*
*Expo (USA) Ltd., Inc.*


By: *s/Benjamin J. Hodges*
Benjamin J. Hodges, WSBA #49301
FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Tel: (206) 447-4400
E-mail: Ben.Hodges@foster.com
            devra.cohen@foster.com
By: *s/Scott S. Bronw*
Scott S. Brown, ASB #7762-B655
Pro Hac Vice
MIXON FIRM LLC
2 Perimeter Park South, Suite 550E
Birmingham, AL  35243
Tel: (205) 259-6633
E-mail:  sbrown@mixonfirm.com

*Counsel for Plaintiffs and Counter-Defendants*
*Balkrishna Setty and*
*Shrinivas Sugandhalaya (BNG) LLP*


By: *s/Brian W. Esler*
Brian William Esler, WSBA No. 22168
By: *s/Lorien Giles*
Lorien Giles, WSBA No. 58995
MILLER NASH LLP (SEA)
2801 Alaskan Way, Ste 300 Pier 70
Seattle, WA 98121-1128
Tel: (206) 624-8300
E-mail: brian.esler@millernash.com
            lorien.giles@millernash.com

*Counsel for Defendant Shrinivas Sugandhalaya*
*LLP*

NOTICE OF SETTLEMENT IN PRINCIPLE AND
MOTION AND [PROPOSED ] ORDER TO STAY - 2
2:17-CV-01146-MLP

1

## II. ORDER

2    Based on the above stipulation, IT IS SO ORDERED.

3    ORDERED this 26th day of January, 2023.

4

5

6    _____
     MICHELLE L. PETERSON
7    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF SETTLEMENT IN PRINCIPLE AND
MOTION AND [PROPOSED ] ORDER TO STAY - 3
2:17-CV-01146-MLP