UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BALKRISHNA SETTY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SHRINIVAS SUGANDHALAYA LLP, *et al.*, <br><br> Defendants. | Case No. C17-1146-MLP <br><br> ORDER |

On January 25, 2023, the parties notified the Court of a global settlement in principle resolving all claims in this action as well as "certain disputes pending in arbitration and/or in the courts of India." (Dkt. # 122 at 1.) The parties represented that the settlement depended on "one or more parties taking steps that may require several weeks to complete." (*Id*.) Based on the parties' stipulation, the Court ordered all deadlines stayed for 60 days, after which time the parties would file a stipulation of dismissal with prejudice or a status update "with a proposed schedule for all pre-trial deadlines." (*Id*.)

On March 27, 2023, the parties filed a status report requesting an additional 60 days for the parties to take "steps that may require several more weeks to complete." (Dkt. # 123 at 2.) Such steps include "changes to certain corporate documents in India and associated filings that

ORDER - 1

must be made with the appropriate regulatory body in India." (*Id.*) The parties agree that the entities responsible for these steps "have made and continue to make good faith efforts" to complete them. (*Id.*) The parties state that within 60 days they will file either a stipulation of dismissal or a notification that they require additional time. (*Id.*)

The Court GRANTS the parties' request for additional time. Within 60 days from the date this order is signed, the parties must either: (1) file a stipulation of dismissal; or (2) provide a detailed explanation of what steps remain before settlement can be perfected and how long such steps are expected to take.

Dated this 29th day of March, 2023.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2