UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BALKRISHNA SETTY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SHRINIVAS SUGANDHALAYA LLP*, et al.*, <br><br> Defendants. | Case No. C17-1146-MLP <br><br> MINUTE ORDER |

The Court having been notified of the settlement of claims by and against R. Expo (USA) Inc. and Designs by DeeKay Inc., and it appearing that no issue remains for the court's determination as to these claims,

IT IS ORDERED that all claims asserted by and against R. Expo (USA) Inc. and Designs by DeeKay Inc. are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the claims by or against R. Expo (USA) Inc. and Designs by DeeKay Inc., provided that such motion is filed within **sixty (60) days** of this order.

MINUTE ORDER - 1

Dated this 8th day of January, 2025.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

MINUTE ORDER - 2