UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BALKRISHNA SETTY, *et al.*,

                Plaintiffs,

    v.

SHRINIVAS SUGANDHALAYA LLP, *et al.*,

                Defendants.

Case No. C17-1146-MLP

MINUTE ORDER

        The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

        On February 26, 2025, the Court held a status hearing on Plaintiffs' motion to compel discovery responses (dkt. # 199) and set the next status hearing for March 11, 2025. (Dkt. # 218.) The Court reminded the parties of counsels' responsibility and legal obligation to take pro-active steps in supervising and searching for documents in discovery, particularly where electronically stored information is involved. *See In re Soc. Media Adolescent Addiction/Pers. Inj. Prods. Liab. Litig.*, 2024 WL 4125618, at *109 (N.D. Cal. Sept. 6, 2024) (collecting cases).

MINUTE ORDER - 1

(1)     At the earliest practicable time prior to the hearing, Defendant is ORDERED to provide all financial statements showing "all revenue and profit from products displaying the address 1/9, 8th Cross, Magadi Rd, Bengaluru – 560 023, INDIA" as requested in Plaintiffs' RFP 22. (*See* dkt. # 200 at 46-47.)

(2)     After the parties have agreed on appropriate search terms and queries, and prior to close of business on March 10, 2025, Defendant is ORDERED to file on the docket:

    (a)     A report—supported by appropriate declaration(s)—on the search methodology utilized by Defendant, including file type and date restrictions, data sources (including custodians), hit counts, and any search terms or queries returning overbroad results. (*See* dkt. # 214 at 3-4.)

    (b)     A declaration by an appropriate officer or employee explaining the reasons why the email server Defendant used from 2014 to 2019 is now inaccessible.

(3)     Plaintiffs' motion to compel (dkt. # 199) shall be renoted to March 11, 2025.

Dated this 26th day of February, 2025.

                                                Ravi Subramanian
                                                Clerk of Court

                                          By: Tim Farrell
                                                Deputy Clerk