THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BALKRISHNA SETTY, individually and as general partner in Shrinivas Sugandhalaya Partnership with Nagraj Setty; and SHRINIVAS SUGANDHALAYA (BNG) LLP,<br><br>Plaintiffs,<br><br>v.<br><br>SHRINIVAS SUGANDHALAYA LLP and R EXPO (USA) LTD. INC.,<br><br>Defendants.<br><br>R. EXPO (USA) LTD. INC.<br><br>Counter-Plaintiff,<br><br>v.<br><br>SHRINIVAS SUGANDHALAYA (BNG) LLP, BALKRISHNA SETTY, individually and as general partner in Shrinivas Sugandhalaya Partnership with Nagraj Setty; and DESIGNS BY DEE KAY, INC.,<br><br>Counter-Defendants. | Case No. 2:17-cv-01146-MLP<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS ALL CLAIMS BY AND AGAINST R. EXPO AND DESIGNS BY DEE KAY |

THIS MATTER came before the Court on the parties' Joint Motion to Dismiss All Claims By and Against R. Expo and Designs by Deekay. The Court being fully advised, the Motion is hereby GRANTED. All claims by and against R. Expo (USA) Ltd. Inc. and Designs by Deekay

[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS ALL CLAIMS BY AND AGAINST R. EXPO - 1
CASE NO. 2:17-cv-01146-MLP

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Inc. are dismissed with prejudice, with each party to bear its own costs and attorney fees. This order does not affect the claims by Balkrishna Setty and Shrinivas Sugandhalaya (BNG) LLP against Shrinivas Sugandhalaya LLP, which are the only claims remaining in this case.

IT IS SO ORDERED.

DATED this 26th day of March, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS ALL CLAIMS BY AND AGAINST R. EXPO - 2
CASE NO. 2:17-cv-01146-MLP

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107