UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BALKRISHNA SETTY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SHRINIVAS SUGANDHALAYA LLP, *et al.*, <br><br> Defendants. | Case No. C17-1146-MLP <br><br> ORDER |

On March 12, 2025, the Court granted Plaintiffs' motion to compel discovery from Defendant (dkt. # 199). (Dkt. # 223.) Subsequently, on March 28, 2025, the Court issued an Order finding Defendant in contempt for failing to comply with the Court's discovery Orders. (March 28 Order (dkt. # 232), citing dkt. ## 218, 223.) As a result, the Court imposed sanctions pursuant to Fed. R. Civ. P. 37(b)(2)(A)(vii), fining Defendant $250.00 per day. Specifically, the Court ruled:

(1)  Defendant is ORDERED to respond to RFP Nos. 6, 24, and 38 in their entirety and supplement its response to RFP No. 21. Specifically, Defendant must run the agreed searches on all agreed custodians' laptops and other devices. These

ORDER - 1

>searches should encompass email messages, email attachments, and non-email documents. Responsive documents must be produced to Plaintiffs.
>
>(2) For each day that the above discovery remains outstanding, beginning March 27, 2025, the Court imposes a fine of $250.00. At the April 10, 2025 hearing, the fine accumulated up to that point will be deferred if Defendant shows it is in substantial compliance.

(Mar. 28 Order at 4-5.)

At the April 10, 2025 status conference, the Court found Defendant was not in substantial compliance with the Court's March 28 Order. Consequently, fines will not be deferred. The current total fine for the period from March 27 to April 10, 2025, amounts to $3,750.00. These fines will continue to accrue at the rate of $250.00 per day until Defendant establishes substantial compliance with the March 28 Order. (Mar. 28 Order at 5.)

At the status conference on April 10, 2025, Defendant anticipated completing the ordered production to Plaintiffs within three weeks or May 1, 2025. (*See* dkt. # 235.) Accordingly, the Court scheduled the next status conference for May 1, 2025 at 1:00 p.m. (*Id.*) At that time, the Court will evaluate whether Defendant has achieved substantial compliance with the Order. Unless Defendant demonstrates substantial compliance, the $250.00 per day fines will continue to accrue. Moreover, the Court will consider imposing additional, nonmonetary sanctions if Plaintiffs file a motion pursuant to Federal Rule of Civil Procedure 37(b)(2)(A).

Dated this 11th day of April, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2