UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BALKRISHNA SETTY, *et al.*,<br><br>            Plaintiffs,<br><br>   v.<br><br>SHRINIVAS SUGANDHALAYA LLP, *et al.*,<br><br>            Defendants. | Case No. C17-1146-MLP<br><br>ORDER |

       On March 12, 2025, the Court granted Plaintiffs Balkrishna Setty and Shrinivas Sugandhalaya (BNG) LLP's (together, "Plaintiffs") Motion to Compel against Defendant Shrinivas Sugandhalaya LLP ("Defendant") (dkt. # 199). (Dkt. # 223.) The Court ordered Defendant to pay Plaintiffs' reasonable expenses incurred in bringing the motion to compel. (*Id.* at 3.) Pursuant to Plaintiffs' fee petition (dkt. # 227), on April 16, 2025, the Court ordered Defendant to pay Plaintiffs' $20,870.00 in attorneys' fees within 30 days. (Dkt. # 237 at 8.)

       On March 28, 2025, the Court held Defendant in civil contempt for failure to comply with the Court's Orders related to Plaintiffs' motion to compel. (Dkt. # 232; *see* dkt. ## 219, 223.) The Court imposed sanctions of $250.00 for each day Defendant failed to comply, beginning March 27, 2025. (Dkt. # 232 at 4-5.) The Court provided, however, that these

ORDER - 1

sanctions would be deferred if Defendant demonstrated substantial compliance by the next scheduled status conference, set for April 10, 2025. (*Id.* at 5.) On April 11, 2025, the Court found that Defendant was not in substantial compliance, and the sanctions would not be deferred. (Dkt. # 236 at 2.) At the next status conference on May 1, 2025, the Court again found that Defendant had not substantially complied. (*See* dkt. # 240.) At the following status conference, held on May 22, 2025, the Court determined that Defendant had achieved substantial compliance with the Court's Orders. (*See* dkt. # 243.)

Accordingly, sanctions for the period from March 27, 2025, through May 22, 2025, totaling $14,250.00, are due. Defendant is ORDERED to pay $14,250.00 to the Court Registry within **fourteen (14) days** of this Order. Pursuant to Local Civil Rule 67, acceptable forms of deposit are cashier's or business check made payable to "USDC Court Clerk." Upon receipt, the Clerk is directed to deposit funds into the Registry of the Court in the principal amount of $14,250.00.

The Court also notes that, at the conference on May 22, 2025, Plaintiffs and Defendant informed the Court that Defendant had not paid Plaintiffs the attorneys' fees awarded for bringing the motion to compel. (*See* dkt. #243.) If Defendant has not paid Plaintiffs the awarded fees within **fourteen (14) days** from the date of this Order, the Court will consider additional sanctions.

Dated this 22nd day of May, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge