UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BALKRISHNA SETTY, *et al.*,

          Plaintiffs,

    v.

SHRINIVAS SUGANDHALAYA LLP,

          Defendant.

Case No. C17-1146-MLP

MINUTE ORDER

    The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

    Defendant has filed a Motion to Seal Audit Report. (Dkt. # 249.) Under the Court's Local Civil Rules,

> A motion to seal a document, even if it is a stipulated motion, must include . . . certification that the party has met and conferred with all other parties in an attempt to reach agreement on the need to file the document under seal, to minimize the amount of material filed under seal, and to explore redaction and other alternatives to filing under seal[.]

LCR 5(g)(3). Accordingly, Defendant is ORDERED to file the required certification by **June 13, 2025**.

MINUTE ORDER - 1

Dated this 9th day of June, 2025.

                                          Ravi Subramanian
                                          Clerk of Court

                                      By: Tim Farrell
                                            Deputy Clerk

MINUTE ORDER - 2