UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BALKRISHNA SETTY,

      Plaintiff,

v.

SHRINIVAS SUGANDHALAYA LLC,

      Defendant.

Case No. C17-1146 MLP

**ORDER OF DEFAULT**

Default in this matter against defendant SHRINIVAS SUGANDHALAYA LLC is entered. The Court has found Defendant is in violation of LCR 83.2(b)(4) requiring a business entity to be represented by counsel, and thus, has failed to defend this action. (Dkt. # 276.) Accordingly, default is appropriate under Fed. R. Civ. P. 55(a).

Dated this 25th day of August, 2025.

              Ravi Subramanian
              Clerk

              *s/ Tim Farrell*
              Deputy Clerk

ORDER OF DEFAULT- 1